United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE CHAVEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LUMBER LIQUIDATORS, INC., <br><br> Defendant. | Case No. 15-cv-01887-KAW <br><br> **JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jon S. Tigar for consideration of whether the case is related to *Balero v. Lumber Liquidators, Inc.,* 15-cv-01005-JST.

IT IS SO ORDERED.

Dated: April 28, 2015

*[signature: Kandis Westmore]*
KANDIS A. WESTMORE
United States Magistrate Judge